# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

ANN M. DESALVO,

                              Plaintiff,             CIVIL JUDGMENT
        - v -                                                5:02-CV-1148
                                                         (NAM)(GJD)

SOCIAL SECURITY ADMINISTRATION;
JOANNE B. BARNHART, COMMISSIONER; EQUAL
OPPORTUNITY EMPLOYMENT COMMISSION;
CARLTON HADDEN, DIRECTOR; JOSEPH G.
MEDICIS; JOACHIM J. VOLHARD; CAROL KAISER;
KEVIN J. BERRY; DAVID NEUMANN; MARY JOAN
MELESKI; JILL SULLIVAN REED; ROXANA PONTIUS;
CAROLYN BURIAN,

                              Defendants.

_____

**DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that defendant's motion for summary judgment is granted, and the complaint is dismissed in its entirety.


September 27, 2007                                     LAWRENCE K. BAERMAN
Date                                                             Clerk


                                                              S/
                                                              Judi L. Roberts
                                                               Deputy Clerk